

# JUDGMENT

## The Fourteenth Court of Appeals

LEIF PUTNAM, Appellant

NO. 14-13-00369-CV           V.

MARY F. IVERSON AND GREGORY W. ABBOTT, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Mary F. Iverson and Gregory W. Abbott, signed January 25, 2013, was heard on the transcript of the record. We have inspected the record and find the trial court erred in granting appellees' plea to the jurisdiction for appellant's monetary claims against Iverson in her individual capacity. We therefore order that the portions of the judgment that dismiss appellant's claims for monetary relief against Iverson in her individual capacity are **REVERSED** and ordered severed and **REMANDED** for further proceedings.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.